1 | Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
2 | Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
3 | A Professional Corporation
18400 Von Karman Avenue, Suite 800
4 | Irvine, California 92612-0514
Telephone: (949) 760-1121
5 | Facsimile: (949) 720-0182
Email: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC LUCCHESI,<br><br>Defendant. | Case No.: CV-04-3829 JSW JL<br><br>Hon. James Larson<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING; [PROPOSED] ORDER THEREON**<br><br>**Motion for Default Judgment hearing:**<br><br>Date:   October 5, 2005<br>Time:  9:30 a.m.<br>Dept.:  Courtroom F, 15th Floor |

1    Counsel for Plaintiff DIRECTV, INC., ("DIRECTV") respectfully requests that the Court
2 allow the telephonic appearance of counsel at the Motion for Default Judgment hearing, currently
3 scheduled for October 5, 2005 at 9:30 a.m. This request is made on the grounds that the attorneys
4 primarily responsible for handling this matter are located in Orange County, California,
5 approximately 424 miles from the above-referenced Court. Personal appearance at the hearing
6 would therefore cause an undue hardship on DIRECTV. If granted, Brandon Q. Tran will appear
7 for the hearing and may be reached at (949) 224-6277.

8 DATED: September 20, 2005          BUCHALTER NEMER
                                                       A Professional Corporation

By:       /s/ Brandon Q. Tran
                   Brandon Q. Tran
       Attorneys for Plaintiff DIRECTV, INC.

### ORDER

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the request to appear telephonically is hereby ~~GRANTED.~~ DENIED

Dated: 9/27/05

_____
Honorable James Larson
United States District Court
Northern District of California

DENIED
/s/ James Larson
Judge James Larson

BNFY 669522v1            2            (CV-04-3829 JSW JL)

**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING; [PROPOSED] ORDER THEREON**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On September 21, 2005, I served the foregoing document described as: **PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Eric Lucchesi
212 Shaw Road #5
South San Francisco, California 94080

Eric Lucchesi
c/o Market Produce Sales
360 Oyster Point Boulevard
South San Francisco, California 94080

**(Defendant)**

**[X]  BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer, in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

**[X]**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 21, 2005, at Irvine, California.


Joanne Mealey                                             /s/ Joanne D. Mealey
                                                                        (Signature)

BNFY 669522v1                              3                              (CV-04-3829 JSW JL)

**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING; [PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.