IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, INC., et al.,

    Plaintiffs,

v.

ERIC LUCCHESI,

    Defendant.

No. C 04-03829 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

    The Court has reviewed Magistrate Judge James Larson's Report and Recommendation re Plaintiff's Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED and Plaintiffs are awarded $10,000 in damages and $3,270 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 26, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE